1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Albert Dytch

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No.  2:15-cv-02058-JAM-KJN |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| SZECHWAN HOUSE RESTAURANT, INC., et al., | |
| Defendants. | |

1 IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants Szechwan House Restaurant, Inc.; David Tran, Trustee of the 2009 Living Trust of David Tran and Cindy Tran; Cindy Tran, Trustee of the 2009 Living Trust of David Tran and Cindy Tran, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: February 26, 2016

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: February 26, 2016    RAMSEY LAW GROUP

*/s/ Stephen M. Judson*
Stephen M. Judson
Attorney for Defendants,
Szechwan House Restaurant, Inc.; David Tran,
Trustee of the 2009 Living Trust of David Tran
and Cindy Tran; Cindy Tran, Trustee of the 2009
Living Trust of David Tran and Cindy Tran

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: 2/26/2016        /s/ John A. Mendez
                United States District Court Judge